THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Isaac Coakley, Appellant.
 
 
 

Appeal From Richland County
 Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2008-UP-421
 Submitted July 1, 2008  Filed July 21,
2008

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General; and Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Isaac Coakley appeals his guilty plea to second degree
 burglary and shoplifting third offense and subsequent sentence of eight years
 imprisonment.  He maintains his guilty plea failed to conform with the mandates
 set forth in Boykin v. Alabama because the plea court failed to
 adequately inform him of the constitutional rights he waived by entering a
 guilty plea.  395 U.S. 238 (1969).  After
 a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 Coakleys appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J.,
CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.